**LITTLER MENDELSON, P.C.**
A Professional Corporation
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, Pennsylvania 19102
267-402-3000
Attorneys for Defendant General Electric Company

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DONALD MADDY, KURT FREDERICK, FREDERICK R. SHELLHAMMER III, FRANK MICHIENZI, MARIO LAUREANO, ANTHONY CHELPATY, WILLIAM MADDEN, *Individually and on behalf of all others similarly situated*,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, a New York corporation,<br><br>　　　　　　　　Defendant. | Civil Action No. 14-00490 (JEI-KMW)<br><br>**Electronically Filed** |

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant GENERAL ELECTRIC COMPANY ("GE") does not have a parent company and no publicly traded company or other entity owns 10% or more of GE's stock.

Respectfully submitted,

*s/ Nina K. Markey*
Nina K. Markey
**LITTLER MENDELSON, P.C.**
A Professional Corporation
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321
267.402.3000 (t)
267.402.3131 (f)
nmarkey@littler.com

Aaron Reed (*pro hac vice* motion to be filed)
Florida Bar No. 0557153
LITTLER MENDELSON, P.C.
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida  33131
Tel:  (305) 400-7500
Fax: (305) 603-2552
areed@littler.com

Daniel B. Boatright (*pro hac vice* motion to be filed)
Missouri Bar No. 38803
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, Missouri  64106
Tel: (816) 627-4401
Fax: (816) 817-7703
dboatright@littler.com

Attorneys for Defendant General Electric Company

Dated: March 6, 2014

## **CERTIFICATE OF SERVICE**

I, Nina K. Markey, hereby certify that I caused to be served the foregoing **Corporate Disclosure Statement** via ECF upon the following:

Justin Swidler
Swartz Swidler, LLC
1878 Marlton Pike East, Ste. 10
Cherry Hill, NJ 08003
jswidler@swartz-legal.com


*s/ Nina K. Markey*
Nina K. Markey


Dated: March 6, 2014