IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DONALD MADDY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GENERAL ELECTRIC COMPANY,<br><br>    Defendant. | Civil No. 14-490-JEI-KMW |

### SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel at the initial scheduling conference held pursuant to Rule 16, Federal Rules of Civil Procedure on **April 10, 2014**; and the Court noting the following appearances: Justin Swidler, Esquire, appearing on behalf of the plaintiffs; and Nina Markey, Esquire, and Daniel Boatright, Esquire (via telephone), both appearing on behalf of the defendant; and for good cause shown:

IT IS this **11th** day of **April, 2014**, hereby **ORDERED**:

1. The time within which to seek amendments to the pleadings or to add new parties will expire on **September 5, 2014**.

2. Plaintiff's Motion for Conditional Certification Pursuant to the Federal Labor Standards Act shall be filed on or before **May 5, 2014**.

3. Defendants' Opposition to Plaintiff's Motion for Conditional Certification shall be filed on or before **June 6, 2014**.

4. Plaintiffs' Reply to Defendants' Opposition to Motion for Conditional Certification shall be filed on or before **June 16, 2014**.

5. Plaintiffs' Motion for Class Certification shall be filed on or before **September 15, 2014**.

6. Defendants' Opposition to Plaintiffs' Motion for Class Certification shall be filed on or before **October 20, 2014**.

7. Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion for Class Certification shall be filed on or before **November 3, 2014**.

8. Discovery on the merits of named plaintiffs and (15) opt-ins will commence immediately.  Counsel is to meet and confer to select 15 opt-ins on or before **May 5, 2014**.

9. Pretrial factual discovery will expire on **December 1, 2014**.  All pretrial discovery shall be concluded by that date.  All discovery motions and applications pursuant to L. Civ. R. 37.1(a)(1) shall be made returnable before the expiration of pretrial factual discovery.

10. **Discovery Applications**. All discovery applications pursuant to L. Civ. R. 37.1(a)(1) shall include an Affidavit or Certification that includes the information identified in L. Civ. R. 37.1(b)(1).  Absent exigent circumstances, the Court expects parties to "meet and confer" in person or via telephone before making a discovery application, rather than just exchanging letters or e-mails.

11. **Depositions**.  All depositions are to be conducted in accordance with the procedures set forth in the order of Judge Gawthrop, in Hall v. Clifton Precision, 150 F.R.D. 525 (E.D.Pa. 1993).

12. The remaining schedule to be determined during the July 2014 telephone status conference.

13. The Court will conduct a telephone status conference on **July 28, 2014 at 10:30 a.m.**   Counsel for plaintiff shall initiate the telephone call.

14. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under Fed. R. Civ. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Karen M. Williams
KAREN M. WILLIAMS
United States Magistrate Judge

cc:  Hon. Joseph E. Irenas