

ATTORNEYS AT LAW

1878 Marlton Pike East, Suite 10
Cherry Hill, NJ 08003
Tel: (856) 685-7420
Fax: (856) 685-7417
jswidler@swartz-legal.com

May 5, 2014

**VIA ECF**
The Honorable Karen Williams, USMJ
United States Courthouse
4th and Cooper Streets
Camden, NJ 08102

    Re:    **Donald Maddy v. General Electric Co.**
             **Civ. A. No. 14-490**

Dear Judge Williams:

    I write on behalf of both parties in the above referenced matter to request a 30 day extension of the conditional certification and opposition deadline.

    The Parties are continuing to work together regarding transferring/consolidating the Florida action with the instant matter. Plaintiffs have submitted a proposed consent motion, and Defendants are currently considering the proposal. If the Parties cannot reach an agreement, Plaintiffs will file the motion (as opposed) in the Florida case within 2 weeks (or sooner if it becomes clear that amicable resolution of said motion is not feasible).

    The Parties agree that this issue should be resolved prior to the filing of any class or conditional certification motion. For this reason, the Parties respectfully request that the Court modify the scheduling order, providing Plaintiffs through June 6, 2014 to file their Motion for Conditional Certification, providing Defendants through July 7, 2014 to file their Opposition, and providing Plaintiffs through July 17, 2014 to file their Reply Brief.

    The Parties thank the Court for its prompt attention to this matter.

                                      Respectfully submitted,

                                      */s Justin L. Swidler*
                                      **SWARTZ SWIDLER, LLC**

cc: Nina Markey, *Counsel for the Defendant* (via ECF)

**SO ORDERED:** _____
                          The Honorable Karen M. Williams, USMJ

 ATTORNEYS AT LAW