# EXHIBIT I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD MADDY, KURT FREDRICK, et al, Plaintiffs, <br> v. <br> GENERAL ELECTRIC COMPANY, a New York corporation <br> Defendant. | Civil Action No. 1:14-cv-00490-JEI-KMW |

## DECLARATION OF GARY WOLFE

My name is Gary Wolfe. Pursuant to 28 U.S.C. § 1746, and based on my personal knowledge, I declare as follows:

1. I have been a Service Technician for GE Appliances since 1999. I work in the Tampa, Florida zone. My manager is Dan Bramblett, Consumer Service Manager (CSM).

2. Before January 2012, I reported my time worked by sending an e-mail to a dispatcher. Since January 2012, I have directly entered my time using an electronic time card on my laptop computer. I basically send the same information, but now I just put it in the time card instead of an e-mail.

3. Dan Bramblett has told us at meetings many times that we must report all of our working time, and that we are not to do any work off-the-clock.

4. I work overtime on a fairly regular basis, either in the evening or on Saturday. No one has ever criticized me for working or reporting too much overtime.

5. I do not usually turn my computer on at home. In the morning, I put the computer into my van and leave my house. I usually stop for gas every other day. On days I don't stop for gas, I usually stop at a grocery store. While I am at the gas station or grocery store, I turn on the computer. It takes 10-15 minutes to boot up and get my list of calls for the day. I then head for my first call.

6.  After my last call, I usually turn off my computer, and I usually don't turn it on again until the next morning. We were never asked to do any work in the evening, but other service technicians have told me that they used to turn on their computers and spend a little time looking ahead into the week using a program called Crystal Ball. More recently we have been instructed that we absolutely cannot do any of that in the evening, and now the computer won't even allow us to access Crystal Ball after 6:00 pm.

7.  I get a blue tote of parts shipped to my house a couple of times a week. There are usually only about 10 to 20 parts in the tote. I have been instructed to just put the tote in my van in the evening, and unload the tote the next day between my first and last service calls. It usually takes less than 10 minutes to unload the tote and put the parts in my van.

I have read this declaration and declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of June, 2014.

_____
Gary Wolfe

2