UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DONALD MADDY, et al,
individually and on behalf
of all others similarly situated,

        Plaintiffs,                    Civil Action No.:1:14-cv-00490-JEI-KMW

v.

GENERAL ELECTRIC COMPANY,
a New York corporation,

        Defendant.
_____/

## NOTICE OF FILING CONSENTS TO JOIN LAWSUIT

        Plaintiffs, Donald Maddy, et al. on behalf of themselves and those similarly situated, give notice of filing the attached Consents to Join Lawsuit executed by:

1. Chad E. Curry

2. Jesse Guerra

The Consents to Join Lawsuit signed form are attached as Exhibit "A."

        Respectfully submitted,

*/s/ Justin L. Sidler*
Justin L. Sidler, Esq.
Richard S. Swartz, Esq.
**SWARTZ SWIDLER, LLC**
1878 Marlton Pike East, Ste. 10
Cherry Hill, NJ  08003
Telephone: (856) 685-7420
Facsimile: (856) 685-7417
E-mail: jswidler@swartz-legal.com
E-mail: rswartz@swartz-legal.com

1

/s/ Robert D. Soloff
Robert D. Soloff, Esq.
**ROBERT D. SOLOFF, P.A.**
7805 S.W. 6th Court
Plantation, Florida 33324
Phone: (954) 472-0002
Facsimile: (954) 472-0052
E-mail: soloffpa@bellsouth.net

/s/ Alan Eichenbaum
Alan Eichenbaum, Esq.
**LAW OFFICES OF ALAN EICHENBAUM**
10059 Northwest 1st Court
Plantation, Florida 33324
Phone: (954) 916-1202
Facsimile : (954) 916-1232
E-mail: alanlaw@bellsouth.net

Attorneys for Plaintiffs Donald Maddy, et al.

Dated: August 5, 2014

## CERTIFICATE OF SERVICE

I, Justin L. Swidler, hereby certify that I caused to be served the foregoing **Notice of Filing Consents to Join Lawsuit** via ECF upon the following:

Nina K. Markey, Esquire
Littler Mendelson, P.C.
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102-1321
nmarkey@littler.com
Telephone: 267-402-3000
Facsimile: 267-402-3131
Attorney for Defendant
General Electric Company

/s/Justin L. Swidler
Justin L. Swidler

Dated: August 5, 2014