**GE**

**Letter to the Court**

October 31, 2014

Honorable Joseph E. Irenas, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

> **Re:    Donald Maddy, et al. v. General Electric Company**
> **United States District Court for the District of New Jersey**
> **Civil Action No. 1:14-cv-00490-JEI-KMW**

Dear Judge Irenas:

Plaintiffs' counsel provides notice to the Court that with their most recent filing of two (2) additional Consent to Join Lawsuit forms (DE 53) there are 100 named and opt-in Plaintiffs in this case.  Accordingly, Plaintiffs in this case now represent over ten percent (10%) of the appliance service technicians employed by Defendant General Electric.[1]

Plaintiffs give notice of the pendency of their Motion to Conditionally Certify As Collective Action (DE 34) with Memorandum of Law in Support (DE 35) filed on June 6, 2014. Because the statute of limitations under the Fair Labor Standards Act, 29 U.S.C. §201, et. seq. ("FLSA") continues to run until a potential plaintiff files a Consent to Join Lawsuit form, Plaintiffs respectfully request this Court to consider Plaintiffs' Motion to Conditionally Certify As Collective Action, because if this Motion is granted, notice may be provided to all potential plaintiffs of their rights under the FLSA and their opportunity to join this case.

Respectfully submitted

/s/Justin L. Swidler_____
SWARTZ SWIDLER, LLC.

cc:    Counsel of Record (via ECF)

---

[1] Defendant's Opposition to Plaintiffs' Motion to Conditionally Certify As Collective Action (DE 38, p. 2; "In all 96 zones, GEA presently employs approximately 900 service technicians.").