

Littler Mendelson, PC
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321

October 31, 2014

Rachel Fendell Satinsky
267.402.3071 direct
267.402.3000 main
267.285.2566 fax
rsatinsky@littler.com

The Honorable Karen M. Williams
United States Courthouse
4th and Cooper Streets
Camden, New Jersey 08102

Re:   **Donald Maddy, et al. v. General Electric Company, Civil Action No. 14-490**

Dear Judge Williams:

I write on behalf of the parties to request a 90-day extension of the discovery deadline in the above matter. The parties have exchanged written discovery and have begun conducting depositions. However, in light of the volume of documents requested in the litigation, particularly the volume and nature of electronic discovery at issue, the parties seek an extension from the current deadline of December 1, 2014 to a new deadline of March 2, 2015.

The parties thank you in advance for your consideration.

Respectfully submitted,

Rachel Fendell Satinsky

Rachel Fendell Satinsky

RFS/th
Enclosure

cc:   Nina Markey, Esq. (via email)
Aaron Reed, Esq. (via email)
Daniel B. Boatright, Esq. (via email)
Justin L. Swidler, Esq. (via email)
Richard Schwartz, Esq. (via email)
Robert D. Soloff, Esq. (via email)
Alan Eichenbaum, Esq. (via email)

**SO ORDERED:**      _____
                    Honorable Karen M. Williams, U.S.M.J.

littler.com