Respectfully submitted,

*s/ Nina K. Markey*
*s/Rachel Fendell Satinsky*
Nina K. Markey
Rachel Fendell Satinsky
LITTLER MENDELSON, P.C.
A Professional Corporation
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321
267.402.3000 (t)
267.402.3131 (f)
nmarkey@littler.com
rsatinsky@littler.com

Aaron Reed (pro hac vice)
Florida Bar No. 0557153
LITTLER MENDELSON, P.C.
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida  33131
Tel:  (305) 400-7500
Fax: (305) 603-2552
areed@littler.com

Daniel B. Boatright (pro hac vice)
Missouri Bar No. 38803
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, Missouri  64106
Tel: (816) 627-4401
Fax: (816) 817-7703
dboatright@littler.com

Attorneys for Defendant General Electric Company

Dated: November 5, 2014

          Respectfully submitted,

          *s/ Nina K. Markey*
          *s/Rachel Fendell Satinsky*
          Nina K. Markey
          Rachel Fendell Satinsky
          **LITTLER MENDELSON, P.C.**
          A Professional Corporation
          1601 Cherry Street, Suite 1400
          Philadelphia, PA  19102.1321
          267.402.3000 (t)
          267.402.3131 (f)
          nmarkey@littler.com
          rsatinsky@littler.com

          Aaron Reed (*pro hac vice*)
          Florida Bar No. 0557153
          LITTLER MENDELSON, P.C.
          333 S.E. 2nd Avenue, Suite 2700
          Miami, Florida  33131
          Tel:  (305) 400-7500
          Fax: (305) 603-2552
          areed@littler.com

          Daniel B. Boatright (*pro hac vice*)
          Missouri Bar No. 38803
          LITTLER MENDELSON, P.C.
          1201 Walnut Street, Suite 1450
          Kansas City, Missouri  64106
          Tel: (816) 627-4401
          Fax: (816) 817-7703
          dboatright@littler.com

          Attorneys for Defendant General Electric Company

Dated: November 5, 2014