[Doc. No. 286]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DONALD MADDY, et al., *Individually, and on behalf of all others similarly situated*, <br><br>    Plaintiffs, <br><br>    v. <br><br>GENERAL ELECTRIC COMPANY, <br><br>    Defendant. | Civil No. 14-490-JBS-KMW |

**<u>ORDER</u>**

THIS MATTER is before the Court on Plaintiffs' Motion for Final Approval of the Collective and Class Action Settlement; and the Court having held the Final Approval Hearing on May 24, 2017, where no Class Members objected to: the class settlement, requested attorney's fees, administrative costs, or service payments. For the reasons set forth in the Court's Opinion of even date,

IT IS this **26th** day of **June, 2017**, hereby,

**ORDERED** that the FLSA Collective Action and Rule 23 Class Action Settlement (the Settlement Agreement was filed with this Court at Doc. No. 283), is granted final approval. Any Eligible Settlement Class Member who did not opt out is subject to the release of claims set forth in Section 4.1 of the Settlement Agreement; and it is further

**ORDERED** that Defendant shall wire $9,500,000 to the Claims Administrator no later than 20 days from the date of this Order; and it is further

**ORDERED** that Angeion Group is appointed as the Claims Administrator to distribute all payments to be made pursuant to the Settlement Agreement. Angeion Group shall distribute the Settlement Fund to all Class Members consistent with the terms outlined in the Settlement Agreement, including the Service Payments contemplated for the Class Representatives and the attorney's fees and expenses approved by the Court; and it is further

**ORDERED** that Angeion Group shall donate any unclaimed funds, following final distributions and accounting, to the Wounded Warrior Project; and

**ORDERED** that the Service Payments to Named Plaintiffs are approved. Donald Maddy, Kurt Fredrick, Fredrick R. Shellhammer, III, Frank Michienzi, Lance Bergmann, Anthon Chelpaty, William Madden, Steve Le Blanc, Jeffrey Scott Wilkerson, Jeffrey Navarette, Phillip Eric Benson, Bradley Palmer, David Leppo, Guy Leone and Thomas Kiss are awarded $5,000 each as payments for services they performed for the class; and

**ORDERED** that Class Counsel's request for their reasonable attorney's fees of $3,166,666, which is one-third of the Settlement

2

Fund, is **GRANTED.** The attorney's fees shall be distributed by Angeion Group to all Class Counsel Firms per their agreement; and it is further

**ORDERED** that Class Counsel's request for reimbursement for their reasonable litigation expenses, totaling $180,988.61, is approved, and shall be distributed to the Firm which incurred such costs; and it is further

**ORDERED** that Angeion Group shall be a paid a reasonable fee for its fees and costs incurred administering the settlement from the Settlement Fund which to date, including estimates for tasks that have yet to be performed, are $35,597.67. The Court approves this amount and will permit up to a 10 percent upward deviation from said figure, if necessary. If after Angeion Group completes all of its tasks and its costs exceed the foregoing, any additional amounts must be approved by the Court; and it is further

**ORDERED** that this matter is dismissed with prejudice without costs and fees to either side, except as provided in the Settlement Agreement and the Court's Order; and

**ORDERED** that this Court retains jurisdiction over this matter to ensure compliance with the Settlement Agreement.

s/ Karen M. Williams  
KAREN M. WILLIAMS  
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Jerome B. Simandle, S.U.S.D.J.